ANDRÉ BIROTTE JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
California Bar Number:   73493
brent.whittlesey@usdoj.gov
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-5900

Attorney for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 11-07922-MMM |
|---|---|
| Plaintiff, | ) **DISMISSAL** |
| v. | ) |
| LEVON LEO AVETISYAN, | ) |
| Defendant. | ) |

    For good cause shown, it is hereby ORDERED that this action is dismissed.

DATED: February 3, 2012

_Margaret M. Morrow_
Hon. Margaret M. Morrow
UNITED STATES DISTRICT JUDGE